# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TIFFANY HARRIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCY HEALTH NETWORK, INC.,<br><br>Defendant. | **CASE NO: 4:23-cv-00195-SHL-SBJ**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| JENNIFER MEDENBLIK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY HEALTH CORPORATION, et al.,<br><br>Defendant. | **CASE NO: 4:23-cv-00197-SHL-SBJ**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| REBECCA OBERDORF, *et al*., on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY HEALTH CORPORATION, et al.,<br><br>Defendant. | **CASE NO: 4:23-cv-00235-SHL-SBJ**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' UNOPPOSED AMENDED MOTION TO CONSOLIDATE THE <u>RELATED ACTIONS</u>

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs Tiffany Harris, Jennifer Medenblik, Jennifer Oberdorf, and Michael Prins in the above-captioned actions respectfully request that the Court (a) consolidate these related cases pursuant to FED. R. CIV. P. 42(a). A proposed Order is submitted with the Motion.

The parties have met and conferred via email on August 30, 2023 and Defendant does not oppose consolidation.

Dated: August 31, 2023               Respectfully submitted,


*/s/ Phil Krzeski*
Jeffrey O'Brien
Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
jobrien@chestnutcambronne.com
bbliechner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Dylan J. Gould (*pro hac vice* pending)
Terry R. Coates (*pro hac vice* pending)
**MARKOVITS STOCK &**
**DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
dgould@msdlegal.com
tcoates@msdlegal.com

Josh Sanford (*pro hac vice* pending)
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Phone: (501) 787-2040
josh@sanfordlaw.com

*Counsel for Tiffany Harris and the Putative Class*

Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD & WEESE PC.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com
marty@sagwlaw.com

*Counsel for Jennifer Medenblik and the Putative Class*

Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD & WEESE PC.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com
marty@sagwlaw.com

*Counsel for Plaintiff Rebecca Oberdorf and Michael Prins and Putative Rule 23 Class*