IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TIFFANY HARRIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCY HEALTH NETWORK, INC.,<br><br>Defendant. | **CASE NO: 4:23-cv-00195-SHL-SBJ** |
| JENNIFER MEDENBLIK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY HEALTH CORPORATION, et al.,<br><br>Defendant. | **CASE NO: 4:23-cv-00197-SHL-SBJ** |
| REBECCA OBERDORF, *et al*., on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY HEALTH CORPORATION, et al.,<br><br>Defendant. | **CASE NO: 4:23-cv-00235-SHL-SBJ** |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS**

The Court has reviewed Plaintiffs' Unopposed Amended Motion to Consolidate the Related Actions and Memorandum of Law in support thereof submitted by Plaintiffs Tiffany Harris, Jennfier Medenblik, Jennifer Oberdorf, and Michael Prins and has determined that

1

consolidation of the Related Actions in this proposed consolidated action will promote judicial efficiency and orderly case management while avoiding unnecessary cost and delay.

Therefore, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1. Pursuant to Fed. R. Civ. P. 42(a), the Court hereby consolidates *Harris v. Mercy Health Network, Inc.*, Case No. 4:23-cv-00195; *Medenblik v. Trinity Health Corp.*, No. 4:23-cv-00197; and *Oberdorf v. Trinity Health Corp.*, Case No. 4:23-cv-00235 under the docket number of this first filed case: 4:23-cv-01195 ("Master Docket"), and under the new title "*In re MercyOne Data Breach Litigation*" (each a "Related Action" and together the "Consolidated Action").

2. No further filings shall be made in Case No. 4:23-cv-00197 or 4:23-cv-00235, which shall both be administratively closed. All pleadings therein maintain their legal relevance until the filing of the Consolidated Complaint. The Consolidated Complaint shall be filed within the next forty-five (45) days, as further set forth below. This Order shall apply to any subsequently filed putative class action alleging the same or substantially similar allegations.

3. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

4. Plaintiffs shall file a Notice of Related Case whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so within ten (10) calendar days.  If the Court determines that the case is related, the clerk shall:

   a. Place a copy of this Order in the separate docket for such action;

   b. Serve on plaintiff's counsel in the new case a copy of this Order;

   c. Direct this Order to be served upon Defendant(s) in the new case; and

   d. Make the appropriate entry on the Master Docket.

5.      The Court shall enter a scheduling order for further pretrial proceedings as soon as is reasonably practicable.

6.      Plaintiffs in the Consolidated Action shall file an operative Consolidated Complaint within forty-five (45) days of the date of this Order. Defendants shall have thirty (30) days from the date on which Plaintiffs file the Consolidated Complaint to file a response thereto. In the event that Defendants' response is a motion to dismiss, Plaintiffs shall have thirty (30) days to file their opposition brief, and Defendants shall have twenty-one (21) days to file a reply brief.

It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**SO ORDERED.**

---

Hon. [INSERT]
**UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF IOWA**

OR

---

Hon. [Insert]
**UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF IOWA**

Dated: _____, 2023

3