THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re MercyOne Data Breach Litigation | Case No. 4:23-cv-00195-SHL-SBJ |

**UNRESISTED JOINT MOTION TO EXTEND DEADLINES FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT (ECF NO. 33) AND DEFENDANT TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS  [EXPEDITED RELIEF REQUESTED]**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Tiffany Harris, Jennifer Medenblik, Rebecca Oberdorf, Michael Prins, and Jeremy Shine ("Plaintiffs") and Defendants Mercy Health Network, Inc. and Mercy Medical Center – Clinton, Inc. ("Defendants") (collectively referred to as the "Parties") submit this joint motion to extend the upcoming deadlines to file an Opposition to Defendants' Motion to Dismiss Class Action Complaint (ECF No. 33) and Defendants to file in reply in support of the Motion to Dismiss. The Parties state as follows:

1. Defendants filed their Motion to Dismiss the Class Action Complaint (ECF No. 33) on December 1, 2023.

2. The deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss Class Action Complaint (ECF No. 33) is currently set for December 15, 2023.

3. Defendants' deadline to file their Reply in support of their Motion to Dismiss the Class Action Complaint is currently set for December 22, 2023.

4. The Parties now collectively request an extension of 30 days from December 15, 2023 for Plaintiffs to file an Opposition to Defendants' Motion to Dismiss Class Action Complaint

1

(ECF No. 33) until January 15, 2024 and 21 days thereafter for Defendants to file their Reply in support of their Motion to Dismiss until February 5, 2024.

5. For cause, the Parties state the joint request for an extension is to accommodate the Parties' existing personal and professional deadlines.

6. The Parties state the requested extension is not for undue delay and will enable the Parties to more fully present each respective position.

7. Counsel for all Parties have personally conferred, and this Motion is unresisted. *See* S.D. Iowa Loc. R. 7(k).

8. Counsel for all Parties requested expedited relief. *See* S.D. Iowa loc. R. 7(i).

Therefore, pursuant to S.D. Iowa Loc. R. 7(i), the Parties respectfully request the Court grant their Unresisted Joint Motion to Extend Deadlines for Plaintiff to File Opposition to Defendants' Motion to Dismiss Class Action Complaint (ECF No. 33) until January 15, 2024 and Defendants to File a Reply in Support of their Motion to Dismiss until February 5, 2024. Respectfully submitted,

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| /s/ J. Barton Goplerud<br>J. Barton Goplerud, AT0002983<br>Brian O. Marty, AT0011622<br>**SHINDLER ANDERSON GOPLERUD & WEESE PC.**<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, Iowa 50265-5749<br>Telephone: (515) 223-4567 | /s/ Jenna Miller<br>Scott Schmookler (admitted *pro hac vice*)<br>Thomas J. Joensen<br>Jenna M. Miller (admitted *pro hac vice*)<br>**Gordon Rees Scully Mansukhani LLP**<br>666 Grand Avenue, Suite 1701<br>Des Moines, Iowa 50309<br>Telephone: (515) 204-2845<br>Fax: (515) 466-2710<br>sschmookler@grsm.com<br>tjoensen@grsm.com<br>jmmiller@grsm.com |

Jeffrey O'Brien, AT0014827
Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*jobrien@chestnutcambronne.com*
*bbliechner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Dylan J. Gould (admitted *pro hac vice*)
Terry R. Coates (admitted *pro hac vice*)
**MARKOVITS STOCK &
DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
*dgould@msdlegal.com*
*tcoates@msdlegal.com*

Josh Sanford (*pro hac vice* pending)
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Phone: (501) 787-2040
*josh@sanfordlawfirm.com*

Mason A. Barney (admitted *pro hac vice*)
Tyler J. Bean (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
*mbarney@sirillp.com*
*tbean@sirillp.com*

*Counsel for Plaintiffs and Putative Rule 23 Class*

4