**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re MercyOne Data Breach Litigation | Case No. 3:23-cv-00195-SHL-SBJ |

**PLAINTIFFS' UNRESISTED MOTION FOR EXTENSION OF TIME TO EXTEND DEADLINE FOR RESISTANCE TO DEFENDANTS MOTION TO DISMISS CLASS ACTION COMPLAINT (ECF 33)**

**EXPEDITED RELIEF REQUESTED**

Plaintiffs Tiffany Harris, Jennfier Medenblik, Jennifer Oberdorf, and Michael Prinsand ("Plaintiffs") hereby respectfully request an additional 14 days to file their Response to Defendant's Motion to Dismiss Class Action Complaint (ECF 33). For cause, Plaintiffs state as follows:

1. Plaintiff, in her individual capacity and on behalf of all others similarly situated, filed a Class Action Complaint on June 12, 2023. ECF 1.

2. On October 16, 2023, Plaintiff filed a Consolidated Class Action Complaint. ECF 32.

3. On December 1, 2023, Defendant filed its resisted Motion to Dismiss Plaintiffs' Class Action Complaint. ECF 33. Plaintiffs' resistance was due on December 22, 20234. *Id.*

4. On December 13, 2023, the Parties filed an Unresisted Joint Motion to Extend Deadlines for Plaintiff to File Opposition to Defendant's Motion to Dismiss Class Action Complaint (ECF No. 33) and Defendant to File a Reply in Support of Motion to Dismiss [Expedited Relief Requested]. ECF 34. The Court granted the motion and extended Plaintiffs'

1

deadline to January 16, 2024 and 21 days thereafter for Defendants to file their Reply in support of their Motion to Dismiss until February 6, 2024. ECF 35.

5. Plaintiffs now respectfully requests an unresisted extension of 14 days from Tuesday, January 16, 2024, to file their Opposition to Defendants' Motion to Dismiss Class Action Complaint (ECF 33) up to and including January 30, 2024 and 21-days thereafter for Defendants to file their Reply in Support of Their Motion to Dismiss Class Action Complaint on and including February 20, 2024.

6. Plaintiffs seek this extension on the basis that briefing was delayed in light of another Data Incident that transpired on or around December 20, 2023, which Plaintiffs had initially believed was related to the instant matter. However, upon investigation, it was determined that the Data Incident did not involve any of the same parties, and was unrelated to the case at bar.

7. For cause, the counsel for all Parties have met and conferred regarding this extension of time and the Motion is unresisted. *See* S.D. Iowa Loc. R. 7(k).

8. Plaintiff states that the requested extension is not for undue delay and will enable the Parties to more fully present each respective position.

9. Counsel for all Parties request expedited relief. *See* S.D. Iowa Loc. R. 7(i).

10. Pursuant to L.R. 7(j), Plaintiff states the foregoing deadline has been previously extended once from December 22, 2023, to January 16, 2024, there are no other Court-imposed deadlines, and the final pretrial conference and trial have not been set.

Therefore, pursuant to S.D. Iowa Loc. R. 7(i), Plaintiff respectfully requests the Court grant her Unresisted Motion for Extension of Time to Extend Deadline for Resistance to Defendants Motion to Dismiss Class Action Complaint (ECF 33) up to and including January 30, 2024 and Defendants to file a Reply in Support of their Motion to Dismiss Class Action Complaint until

February 20, 2024.

                                        Respectfully Submitted,

Dated: January 12, 2024                 /s/ Brian O. Marty
J Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
*marty@sagwlaw.com*
*goplerud@sagwlaw.com*

Jeffrey O'Brien, AT0014827
Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300Fax: (612) 336-2940
j*obrien@chestnutcambronne.com*
*bbliechner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Dylan J. Gould (admitted *pro hac vice*)
Terance R. Coates (admitted *pro hac vice*)
**MARKOVITS STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
*dgould@msdlegal.com*
*tcoates@msdlegal.com*

Josh Sanford (admitted *pro hac vice*)
**SANFORD LAW FIRM, PLLC**
10800 Financial Centrre, Pkwy., Ste 510
Little Rock, AK 72211
Telephone: (501) 787-2040
*josh@sanfordlawfirm.com*

Mason A. Barney (admitted *pro hac vice*)
Tyler J. Bean (admitted *pro hac vice*)

3

        **SIRI & GLIMSTAD LLP**
        745 Fifth Avenue, Suite 500
        New York, NY 10151
        *mbarney@sirillp.com*
        *tbean@sirillp.com*

        *Counsel for Plaintiff and Putative Rule 23 Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 12, 2024, I caused to be filed and served a true and correct copy of the foregoing document using the Court's Electronic Case Filing (ECF) system, which will send notification of such filing to all counsel of record registered to receive ECF Notices.

*/s/ Brian O. Marty*