# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re MercyOne Data Breach Litigation | Case No. 4:23-cv-00195-SHL-SBJ |

## UNOPPOSED MOTION TO EXTEND DEFENDANTS' TIME TO FILE REPLY BRIEF AND REQUEST FOR EXPEDITED RELIEF

Defendants Mercy Health Network, Inc., and Mercy Medical Center – Clinton, Inc. ("Defendants"), by and through undersigned counsel, respectfully move this honorable Court for an extension of time of 14 days to file their Reply in Support of Defendants' Motion to Dismiss Class Action Complaint. In support thereof, Defendants state as follows:

1. On October 16, 2023, Plaintiffs filed a Consolidated Class Action Complaint. (ECF No. 32).

2. On December 1, 2023, Defendants filed their Motion to Dismiss Plaintiffs' Class Action Complaint. (ECF No. 33).

3. On December 13, 2023, the Parties filed an Unresisted Joint Motion to Extend Deadlines for Plaintiff to File Opposition to Defendant's Motion to Dismiss Class Action Complaint (ECF No. 33) and Defendant to File a Reply in Support of Motion to Dismiss. (ECF No. 34). The Court granted the motion and extended Plaintiffs' deadline to January 16, 2024 and 21 days thereafter for Defendants to file their Reply in support of their Motion to Dismiss until February 6, 2024. (ECF 35). Thereafter, Plaintiffs filed an Unresisted Motion to Extend Deadline for Resistance to Defendants' Motion to Dismiss Class Action Complaint (ECF No. 36). The

Court granted the motion and extended Plaintiffs' deadline to January 30, 2024, and Defendants' Reply to February 20, 2024. (ECF No. 37).

4. Defendants now respectfully request an unresisted extension of 14 days from Tuesday, February 20 2024, to file their Reply in Support of Defendants' Motion to Dismiss Class Action Complaint up to and including March 5, 2024.

5. Accordingly, Defendants also request that the hearing date set for February 27, 2024 (ECF No. 39) be stricken and reset at the Court's convenience.

6. Defendants seek this extension for good cause to accommodate existing personal and professional deadlines.

7. This request is not for undue delay, nor will it prejudice any party. The request will enable the Parties to more fully present their respective positions.

8. Counsel for all Parties have met and conferred regarding this extension of time and the Motion is unresisted. *See* S.D. Iowa Loc. R. 7(k).

9. Pursuant to L.R. 7(j), Defendants state the foregoing deadline has been previously extended upon request from December 22, 2023 to February 6, 2024, and in accordance with Plaintiffs' Unresisted Motion for Extension from February 6, 2024 to February 20, 2024. There are no other Court-imposed deadlines, and the final pretrial conference and trial have not been set.

Therefore, pursuant to S.D. Iowa Loc. R. 7(i), Defendants respectfully request this Honorable Court grant their Unresisted Motion for Extension of Time to Extend Deadline for Reply in Support of Defendants Motion to Dismiss Class Action Complaint, up to and including March 5, 2024.

Dated: February 15, 2024

Respectfully submitted,

_/s/ Thomas J. Joensen_____
Thomas J. Joenson  AT0003868
Scott Schmookler*
Jenna M. Miller*
GORDON REES SCULLY MANSUKHANI
666 Grand Avenue
Suite 1701
Des Moines, IA 50309
(515) 204-2845
*tjoensen@grsm.com*
*sschmookler@grsm.com*
*jmmiller@grsm.com*

*Counsel for Defendants*

*Motion Assented to by:*
*/s/ Philip J. Krzeski_____*
Jeffrey O'Brien
Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*jobrien@chestnutcambronne.com*
*bbliechner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

*Counsel for Plaintiffs*

*\* Pro Hac Vice*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 15, 2024, I caused to be filed and served a true and correct copy of the foregoing document using the Court's Electronic Case Filing (ECF) system, which will send notification of such filing to all counsel of record registered to receive ECF Notices.

/s/ Thomas Joensen