## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:23-cv-00195-SHL-SBJ : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Tiffany Harris, Jennifer Medenblik, Rebecca Oberdorf, Michael Prins, and Jeremy Shine (Individually and on behalf of all similarly situated persons) | Mercy Health Network, Inc. (d/b/a MercyOne Clinics), Trinity Health Corporation, and Mercy Medical Center-Clinton, Inc. |

Plaintiff(s) Counsel: Brian O. Marty, Philip Joseph Krzeski

Defendant(s) Counsel: Scott L. Schmookler

Court Reporter: Tonya Gerke : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | Ruling Reserved |
|---|---|---|
| Defendants' Motion to Dismiss Class Action Complaint (ECF 33) | | X |

Proceedings:

Court in session with counsel personally present for a Motion Hearing. Defendants argue in support of the Motion to Dismiss Class Action Complaint (ECF 33). Plaintiffs argue in resistance. Defendants provide rebuttal argument. The Court considers the matter fully submitted and will issue a ruling as promptly as possible. Court adjourns.

Time Start: 1:04 p.m.
Time End:  1:45 p.m.
Date: March 27, 2024

/s/ M. Mast
_____
Deputy Clerk