# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re MercyOne Data Breach Litigation | Case No. 4:23-cv-00195-SHL-SBJ |

### UNRESISTED MOTION TO EXTEND DEFENDANTS' TIME TO FILE RESPONSIVE PLEADINGS AND REQUEST FOR EXPEDITED RELIEF

Defendants Mercy Health Network, Inc., and Mercy Medical Center – Clinton, Inc. ("Defendants"), by and through undersigned counsel, respectfully move this honorable Court for an extension of time of 14 days to file their responsive pleadings to Plaintiff's Class Action Complaint. In support thereof, Defendants state as follows:

1. On October 16, 2023, Plaintiffs filed a Consolidated Class Action Complaint. (ECF No. 32).

2. On December 1, 2023, Defendants filed their Motion to Dismiss Plaintiffs' Class Action Complaint. (ECF No. 33).

3. On June 26, 2024, this Court granted in part, and denied in part Defendants' Motion (ECF No. 45).

4. Pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendant's responsive pleadings are due within 14 days after notice of the Court's action. Consequently, Defendants' responsive deadline is due on Wednesday, July 10, 2024.

5. Defendants now respectfully request an unresisted extension of 14 days from July 10, 2024, to file their responsive pleadings to Plaintiffs' Class Action Complaint, up to and including July 24, 2024.

6. Pursuant to L.R. 7(j), this is Defendants' first request for extension of its time to file responsive pleadings to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(a)(4) and following the Court's ruling on June 26, 2024. There are no other Court-imposed deadlines, and the final pretrial conference and trial have not been set.

7. Defendants seek this extension for good cause to accommodate existing personal and professional deadlines, as well as the upcoming federal holiday.

8. This request is not for undue delay, nor will it prejudice any party.

9. Counsel for all Parties have met and conferred regarding this extension of time and the Motion is unresisted. *See* S.D. Iowa Loc. R. 7(k).

Therefore, pursuant to S.D. Iowa Loc. R. 7(i), Defendants respectfully request this Honorable Court grant their Unresisted Motion for Extension of Time to Extend Deadline for Reply in Support of Defendants Motion to Dismiss Class Action Complaint, up to and including July 24, 2024.

Dated: July 3, 2024

    Respectfully submitted,

    */s/ Thomas J. Joensen*
Thomas J. Joenson
Scott Schmookler*
Jenna M. Miller*
GORDON REES SCULLY MANSUKHANI
One North Franklin, Suite 800
Chicago, IL 60606
(312) 565-1400
*tjoensen@grsm.com*
*sschmookler@grsm.com*
*jmmiller@grsm.com*

*Counsel for Defendants*

*Motion Assented to by:*
*/s/Philip J. Krzeski*
Jeffrey O'Brien
Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*jobrien@chestnutcambronne.com*
*bbliechner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

*Counsel for Plaintiffs*

*\* Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 3, 2024, I caused to be filed and served a true and correct copy of the foregoing document using the Court's Electronic Case Filing (ECF) system, which will send notification of such filing to all counsel of record registered to receive ECF Notices.

*/s/ Thomas Joensen*