THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re MercyOne Data Breach Litigation | Case No. 4:23-cv-00195-SHL-SBJ<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Gordon Rees Scully Mansukhani, LLP, representing Defendants Mercy Health Network, Inc. and Mercy Medical Center - Clinton, Inc., desire to notify the Court and all counsel of record that, effective August 12, 2024, its Chicago office will be located at:

**Gordon Rees Scully Mansukhani, LLP**
**One North Wacker Drive**
**Suite 1600**
**Chicago, Illinois 60606**

The Court and parties are hereby instructed to make note of this address change and send notices, orders, pleadings, and other correspondence regarding this matter to the new address.

Dated: August 12, 2024

Respectfully submitted,

*/s/ Scott L. Schmookler*
Scott L. Schmookler (*pro hac vice*)
Jenna M. Miller (*pro hac vice*)
**GORDON REES SCULLY MANSUKHANI, LLP**
One North Wacker Drive, Suite 1600
Chicago, IL 60606
(312) 565-1400
*sschmookler@grsm.com*
*jmmiller@grsm.com*

Thomas J. Joensen
**GORDON REES SCULLY MANSUKHANI, LLP**
666 Grand Avenue, Suite 1701
Des Moines, IA 50309
*tjoensen@grsm.com*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on August 12, 2024, I caused to be filed and served a true and correct copy of the foregoing document using the Court's Electronic Case Filing (ECF) system, which will send notification of such filing to all counsel of record registered to receive ECF Notices.

                                                                                  */s/ Scott L. Schmookler*