# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| JEREMY SHINE, Individually and on behalf of all similarly situated persons, | * * * | CIVIL NO. 4:23-cv-00195-SHL-SBJ |
| Plaintiff, | * * | |
| v. | * * | **SCHEDULING AND TRIAL SETTING ORDER** |
| MERCY HEALTH NETWORK, INC. and MERCY MEDICAL CENTER-CLINTON, INC., | * * * * | |
| Defendants. | * * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on August 29, 2024. Based on the discussions during the conference and the parties' proposed schedule (Dkt. 51), it is hereby ordered:

1. A Jury Trial will be set to begin on March 9, 2026, at 9:00 a.m., before United States District Judge Stephen H. Locher, in the United States Courthouse, Des Moines, Iowa. The parties estimate trial will take 7 days.

2. A Final Pretrial Conference will be held on February 25, 2026, at 11:00 a.m., in the United States Courthouse, Des Moines, Iowa, before United States District Judge Stephen H. Locher.

3. The parties must exchange initial disclosures by September 20, 2024.

4. Motions to add parties must be filed by November 25, 2024.

5. Motions for leave to amend pleadings must be filed by November 25, 2024.

6. Plaintiff must designate expert witnesses and disclose their written reports by April 11, 2025.

7. Defendants must designate expert witnesses and disclose their written reports by June 11, 2025.

8. Plaintiff must designate rebuttal expert witnesses and disclose their written reports by July 11, 2025.

9. Discovery must be completed by August 11, 2025. Written discovery must be propounded so that the time for response is not later than the deadline to complete discovery.

10. Motions for class certification and dispositive motions must be filed by September 12, 2025.

IT IS SO ORDERED.

Dated August 29, 2024.

_____
Stephen B. Jackson, Jr.
Chief U.S. Magistrate Judge