## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re MercyOne Data Breach Litigation | Case No. 4:23-cv-00195-SHL-SBJ |

## <u>MOTION TO WITHDRAW JENNA MILLER AS COUNSEL OF RECORD</u>

Pursuant to Local Rule 83 of the United States District Court for the Southern District of Iowa, Defendants Mercy Health Network, Inc. and Mercy Medical Center – Clinton, Inc. hereby move for this Court's leave to withdraw Jenna Miller as counsel of record. In support of their motion, Defendants state that Thomas Joenson (AT0003868) and Scott Schmookler (*pro hac vice*) of Gordon Rees Scully Mansukhani, LLP will continue to represent Defendants in this matter. Withdrawal of Ms. Miller's appearance will not prejudice any parties in the matter, and will not otherwise cause any delay. Additionally, in compliance with LR 83, the trial date for this matter is currently set for March 9, 2026, and there are no pending motions before this Court. Therefore, Defendants Mercy Health Network, Inc. and Mercy Medical Center – Clinton, Inc. respectfully request that Attorney Miller's appearance as its counsel of record be withdrawn.

Date: October 9, 2024

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By:  */s/ Jenna Miller*
Jenna M. Miller
**GORDON REES SCULLY MANSUKHANI**
One North Franklin, Suite 800
Chicago, IL 60606
312-980-6779
Fax 312-565-6511
Attorneys for Mercy Health Network, Inc. and
Mercy Medical Center – Clinton, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically served via electronic mail to all attorneys of record.

Dated: October 9, 2024                    Respectfully submitted,

                                          /s/ *Jenna M. Miller*
                                          Jenna M. Miller
                                          jmmiller@grsm.com
                                          **GORDON REES SCULLY MANSUKHANI**
                                          One North Franklin, Suite 800
                                          Chicago, IL 60606
                                          312-980-6779
                                          Fax 312-565-6511
                                          Attorneys for Mercy Health Network, Inc. and
                                          Mercy Medical Center – Clinton, Inc.