**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| *In re MercyOne Data Breach Litigation* | Case No. 4:23-cv-00195-SHL-SBJ |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that it is hereby stipulated and agreed, by and between Plaintiff and Defendant Mercy Health Network, Inc., by and through their respective counsel, under Fed. R. Civ. P. 41(a)(1)(A(ii) that this action, together with all claims and causes of action set forth in the pleadings against Defendant may be and hereby is dismissed with prejudice on the merits, without further costs or disbursements to any party, all costs having been paid.

Dated: <u>April 2, 2025</u>          Respectfully Submitted,

/s/ *Philip J. Krzeski*
Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave. S., Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
*bbliechner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

J Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER, ANDERSON, GOPLERUD &**
**WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Fax: (515) 223-8887
*marty@sagwlaw.com*
*goplerud@sagwlaw.com*

Dylan J. Gould (admitted *pro hac vice*)
Terance R. Coates (admitted *pro hac vice*)
**MARKOVITS STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
*dgould@msdlegal.com*
*tcoates@msdlegal.com*

Josh Sanford (admitted *pro hac vice*)
**SANFORD LAW FIRM, PLLC**
10800 Financial Centrre, Pkwy., Ste 510
Little Rock, AK 72211
Telephone: (501) 787-2040
*josh@sanfordlawfirm.com*

Masno A. Barney (admitted *pro hac vice*)
Tyler J. Bean (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
*mbarney@sirillp.com*
*tbean@sirillp.com*

***Counsel for Plaintiff and Putative Rule 23 Class***

Dated: April 2, 2025                     Respectfully Submitted,

/s/ *Scott L. Schmookler*
Thomas J. Joensen
**GORDON REES LLP**
666 Grand Ave., Ste. 1701
Des Moines, IA 50309
Telephone: 515-204-2845
*tjoenson@grsm.com*

Jenna M. Miller (admitted *pro hac vice*)
Scott L. Schmookler (admitted *pro hac vice*)
**GORDON REES LLP**
One North Wacker Dr., Ste. 1600
Chicago, IL 60606
Telephone: (312) 565-1400
*jmmiller@grsm.com*
*sschmookler@grsm.com*

***Attorneys for Defendants***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on  April 2, 2025          , I caused to be filed and served a true and correct copy of the foregoing document using the Court's Electronic Case Filing (ECF) system, which will send notification of such filing to all counsel of record registered to receive ECF Notices.

*/s/ Philip J. Krzeski*
Philip J. Krzeski